**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KLINE PROCESS SYSTEMS, INC.,<br>*Plaintiff*,<br>v.<br>BLENDHOUSE LLC,<br>*Defendant*. | CIVIL ACTION<br><br>Case No. 5:26-cv-7689 |

**DEFENDANT BLENDHOUSE LLC'S NOTICE OF REMOVAL**

Defendant Blendhouse LLC hereby removes this action from the Court of Common Pleas of Berks County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, Reading Division. The removal of this action is based on the following:

1. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

2. Upon information and belief, Plaintiff Kline Process Systems, Inc. ("Kline") is, and at all relevant times has been, a corporation organized under the laws of the Commonwealth of Pennsylvania, and its principal place of business is at 625 Spring Street, Suite 200, Reading, Berks County, Pennsylvania 19610-1701. *See* Complaint ¶ 1 (Exhibit 1). Based on this information, Plaintiff is a citizen of Pennsylvania.

3. Defendant Blendhouse LLC ("Blendhouse") is a limited liability company ("LLC"). As an LLC, Blendhouse's citizenship is determined solely by the citizenship of its members. Blendhouse's sole member is ByHeart, Inc. ("ByHeart"). ByHeart is a corporation that is incorporated in Delaware and has its principal place of business in New York.

4. On or about August 25, 2026, Plaintiff commenced this action by filing a Complaint in the Court of Common Pleas of Berks County, Pennsylvania, captioned *Kline Process Systems, Inc., Plaintiff, v. Blendhouse LLC, Defendant*, Prothonotary Docket No. 26-13291 ("the State Action"). True and correct copies of all documents that were filed in the State Action are attached hereto as Exhibit 1.

5. The Complaint seeks from Blendhouse "the amount of $106,889.86 plus interest in the amount of $10,458.69 through August 24, 2026, for a total amount of $117,348.55[.]" Complaint ¶ 9; *see also* Complaint ¶ 28. Therefore, under 28 U.S.C. § 1446(c)(2), the Complaint demonstrates that the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Blendhouse was served with process on September 17, 2026.

8. Because this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1), this action is removable by Blendhouse under 28 U.S.C. § 1441(a).

9. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) as it is being filed within 30 days after Blendhouse's receipt of the Complaint.

10. As per 28 U.S.C. § 1446(a), this case is properly removed to the United States District Court for the Eastern District of Pennsylvania, Reading Division.

11. As per 28 U.S.C. § 1446(d), Blendhouse will promptly provide written notice to Plaintiff and will file a copy of this Notice of Removal with the Prothonotary of the Court of Common Pleas of Berks County, Pennsylvania after filing this Notice of Removal.

WHEREFORE, Defendant Blendhouse LLC respectfully removes this action from the Court of Common Pleas of Berks County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, Reading Division.

Dated: October 6, 2026

Respectfully submitted,

*/s/Vincent J. Proto*

Vincent J. Proto, Esq.
Patrick A. Florentino, Esq. (*Pro Hac Vice* forthcoming)
Coughlin Midlige & Garland LLP
1515 Market Street
Suite 1200
Philadelphia, Pennsylvania 19102-1932
(973) 267-0058
vproto@cmg.law
pflorentno@cmg.law

-and-

Camille Y. Turner, Esq. (*Pro Hac Vice* forthcoming)
Jonathan A. Herstoff, Esq. (*Pro Hac Vice* forthcoming)
Ben Natter, Esq. (*Pro Hac Vice* forthcoming)
Haug Partners LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
cturner@haugpartners.com
jherstoff@ haugpartners.com
bnatter@ haugpartners.com

*Attorneys for Defendant*
*Blendhouse LLC*